# Court of Appeals
# of the State of Georgia

ATLANTA, September 29, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0379. RITA HARDY v. PHILLIPS BROTHERS ACQUISITIONS, LLC.**

In this dispossessory case, the magistrate court entered a consent order granting a writ of possession to plaintiff Phillips Brothers Acquisitions, LLC. Defendant Rita Hardy filed a petition for review in superior court. The superior court dismissed the petition, and Hardy then filed this appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves superior court review of a magistrate court decision, Hardy was required to file an application for discretionary appeal. See *Bullock*, 260 Ga. App. at 875. Hardy's failure to comply with the requisite appellate procedure deprives us of jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/29/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*